

FILED BY _____ D.C.

AUG 3 1 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

21-60253-CR-MOORE/SNOW

CASE NO. _____

IN RE SEALED INDICTMENT

_____/

## MOTION TO SEAL

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that the Indictment, arrest warrants, and any resulting orders be SEALED until the arrest of the first defendant or further order of the Court, excepting the United States Attorney's Office and law enforcement personnel which may obtain copies of the Indictment, arrest warrants, or other sealed documents for purposes of arrest, extradition, or any other necessary cause, for the reason that the integrity of the ongoing investigation might be compromised should knowledge of this Indictment become public.   Should further information be required, the United States is prepared to respond *in camera*.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By: _____
Jamie de Boer
Trial Attorney
Court ID No. A5502601
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, NW
Washington, DC 20005
Telephone (202) 626-3842
email:   Jamie.deBoer@usdoj.gov