UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-cr-60253

UNITED STATES OF AMERICA,
       Plaintiff,

v.

**NOTICE OF TEMPORARY APPEARANCE AS COUNSEL**

Lawrence Alexander
       Defendant.
_____/

COMES NOW **Bernard M Cassidy** and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any personal surety bond which may be set.

Counsel's Name (**Printed**): Bernard M Cassidy

Counsel's Signature: _____

Address (include City/State/Zip Code):
Lubell Rosen
200 S. Andrews Ave, Ste 900
Fort Lauderdale, Fl

Telephone: 954-880-9500

Florida Bar Number: 0099354

Date: 9/1/2021