UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA,**

    *Plaintiff,*

  v.                                      CASE NO: 21-20005-CR-GAYLES

**ALBERICO AHIAS CRESPO, et al.**

    *Defendant.*

_____/

**DEFENDANT CRESPO'S UNOPPOSED MOTION CONTINUANCE OF TRIAL**

    Defendant ALBERICO AHIAS CRESPO ("Mr. Crespo"), through undersigned counsel, hereby files his <u>unopposed</u> motion for continuance of trial, presently scheduled to commence on December 5, 2022, and in support thereof states:

    1.) Defendant Crespo was indicted on six counts: Count 1, Conspiracy to Distribute and Possess with Intent to Distribute a Control Substance in violation of 21 U.S.C. §§ 846 and 841(b)(1)(C); Count 5, Conspiracy to Commit Witness Tampering in violation of 18 U.S.C. §§ 1512(k) and 1512(b)(3); Counts 7-9, Witness Tampering in violation of 18 U.S.C. § 1512(b)(3); and Count 10, Conspiracy to Obstruct Justice in violation of 18 U.S.C. § 1512(k) and 1512(c)(2).

    2.) The case is complex because it involves an extensive investigation that included physical and aerial surveillance, consensual recordings, wiretap recordings pursuant to Title III, voluminous medical records, Florida Prescription

Drug Monitoring Program records, and conduct occurring during a considerable period of time. Undersigned counsel is yet to complete the necessary preparations for trial, and without additional time, he would be unable to provide effective assistance of counsel to Mr. Crespo.

3.) In addition, this case is presently set for trial on December 5, 2022. But undersigned counsel has a trial before the Honorable K. Michael Moore that will begin on November 21, 2022. That case is <u>United States v. Lawrence Alexander</u>, *et al.,* Case No. 21-60253-MOORE. Thus, undersigned counsel cannot possibly be ready to try this case as presently scheduled and respectfully hereby asks for a continuance.

4.) I have conferred with AUSA Sean McLaughlin, who advised that he did not oppose the requested continuance. He too could use additional time to work on case preparation, and thus favors the continuance. Further, he has no objection for a reset of trial date for April 2023 or soon thereafter.

                                                Respectfully submitted,

                                                s/*Jose M. Quinon*
                                                Jose M. Quinon

                                                JOSE M. QUINON, P.A.
                                                2333 Brickell Avenue, Suite A-1
                                                Miami, Florida 33129
                                                Tel. (305) 858-5700
                                                Fax (786) 358-7848
                                                Email: jquinon@quinonlaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that this Unopposed Fourth Motion Requesting Continuance of Preliminary Hearing was filed on October 31, 2022 via PACER, which will serve copy on all parties in this case.

s/*Jose M. Quinon*
Jose M. Quinon