UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO.: 21-60253 CR-MOORE**

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**LAWRENCE ALEXANDER,**

    Defendant.
_____/

**DEFENDANT, LAWRENCE ALEXANDER'S UNOPPOSED MOTION FOR A COURT ORDER REQUIRING PRE-TRIAL SERVICES AND/OR PROBATION TO PROVIDE UNDERSIGNED COUNSEL WITH A COPY OF THE DEFENDANT'S PASSPORT AND TO PRODUCE THE ORIGINAL PASSPORT AT TRIAL WHEN REQUESTED BY DEFENSE COUNSEL**

**COMES NOW,** Defendant, **LAWRENCE ALEXANDER**, by and through his undersigned counsel, and hereby files this Motion for a Court Order Requiring Pre-Trial Services/U.S. Probation to Provide Counsel with a Copy of the Defendant's Passport and to Produce the Original Passport at Trial if Requested by Defense Counsel and as grounds states as follows:

1. Trial in the present case is set for the trial period commencing on January 17th, 2023.

2. Trial in this matter was originally set for November 7th, 2022. However, due to discovery issues the matter was re-set for November 21st and then again for December 5th, 2022. On December 21st, 2022, at the calendar call, the Court heard the problems the parties were having with discovery and that there were approximately thirty-four thousand (34,000) documents (emails and text messages that could not be turned over to the defense until approximately December 19th, 2022. As a result, the Court decided to give the parties sufficient time to turn



QUINTERO BROCHE
75 Valencia Avenue · Suite 800 · Coral Gables, Florida 33134
Tel: (305) 446-0303 · Fax: (305) 446-4503

over the materials and review them and continued the case to the January 17th, 2023, trial calendar.

3. As of Defendant Alexander's release conditions, he was ordered to surrender all travel documents to Pre-Trial Services/US Probation Office. The Defendant complied with said order and turned in his U.S. Passport. However, the Defendant did not keep a copy of his passport.

4. The Defense needs a copy of his passport which may be relevant to his defense. That determination cannot be made until the undersigned receives a copy of the passport and reviews it. The original may be necessary at trial. Therefore, the Defendant requests that the Court enter an order requiring Pre-Trial Services/U.S. Probation Office to provide to undersigned counsel a complete copy of Defendant, Lawrence Alexander's passport and to deliver the original at trial if requested by defense counsel.

5. This motion is made in good faith and not for the purpose of causing any delay.

6. A proposed order granting Defendant's Motion for a Copy of Lawrence Alexander's Passport and to deliver the original at Trial if requested by defense counsel is attached hereto as *Exhibit 1.*

### CERTIFICATE OF CONFERRAL PURSUANT TO *LOCAL RULE 88.9*

The undersigned certifies that he conferred with Government Counsel, Patrick Queenan, on January 6th, 2023, who advised that the Government has no objection to the Court granting this motion.

**WHEREFORE**, Defendant, **LAWRENCE ALEXANDER**, respectfully requests



this Honorable Court grant the Defendant Lawrence Alexander's motion for a copy of his passport and for Pre-Trial Services/U.S. Probation to deliver the original passport to the trial if required by defense counsel.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was electronically filed via *CM/ECF* this 6th day of JANUARY 2023, and a courtesy copy of the foregoing furnished via email to all counsel of record.

`

Respectfully submitted,

**QUINTERO BROCHE, P.A.**
*Attorneys for Defendant*
75 Valencia Ave., Suite 800
Coral Gables, Florida 33134
Tel.: 305-446-0303
Fax: 305-446-4503
E-mail: eservice@quinterolaw.net
         fquintero@quinterolaw.net
         jpbroche@quinterolaw.net

BY:   */s/ Frank Quintero, Jr.*
       FRANK QUINTERO, JR.
       Fla. Bar No.: 399167

# EXHIBIT 1

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA,**            **CASE NO.: 21-60253 CR-MOORE**

    Plaintiff,

**v.**

**LAWRENCE ALEXANDER,**

    Defendant.

_____/

**ORDER GRANTING DEFENDANT LAWRENCE ALEXANDER'S
MOTION FOR A COPY OF DEFENDANT'S PASSPORT AND FOR PRE-TRIAL
SERVICES/U.S. PROBATION OFFICE TO DELIVER ORIGINAL PASSPORT AT TRIAL
IF REQUESTED BY DEFENSE COUNSEL**

THIS CAUSE came before the Court on Defendant, **LAWRENCE ALEXANDER'S** Motion for a Copy of Defendant's Passport and for Pre-Trial Services/U.S. Probation to Deliver the Original Passport at Trial if Requested by Defense Counsel, and the Court being otherwise fully advised in the premises, it is

    **ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion is hereby **GRANTED.**
2. U.S. Pre-Trial Services and/or U.S. Probation Office is hereby directed to provide defense counsel with a complete copy of the Defendant's Passport within seventy-two (72) hours of receipt of this order.
3. Furthermore, U.S. Pre-Trial Services and/or U.S. Probation Office shall deliver the original Passport to the Court at the trial in this matter if requested by defense counsel within two (2) hours of defense counsel making such request.
4. Trial in this matter is scheduled to commence January 17th, 2023 in courtroom 13-1 at the Wilkie D. Ferguson Jr., United States Courthouse.

DONE AND ORDERED in Miami-Dade County, Florida this _____ day of January 2023.

_____
HONORABLE K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE