UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 15-CR-21004-ALTONAGA

UNITED STATES OF AMERICA,

vs.

STEPHEN COSTA,

_____/

## WAIVER OF PROBABLE CAUSE HEARING

I, STEPHEN COSTA, the above-named defendant, being advised of the nature of the charge(s) pending against me in the U.S. District Court, Southern District of Florida, hereby acknowledge the following facts to be true:

1) I have been fully advised of my rights, specifically my right to a Probable Cause Hearing.

2) I possess full knowledge and understanding of the charges pending against me in this case.

3) Of my own free will, I do hereby refuse and waive in open court on 5/26/2021, my right to a Probable Cause Hearing.

Dated: 5/26/2021

_____
Defendant signature

_____
Counsel for Defendant

## MAGISTRATE JUDGE'S CERTIFICATE

The undersigned United States Magistrate Judge certifies that the defendant, having been advised of his Constitutional rights, has refused and waived his/her right to a Probable Cause Hearing.

Dated at Miami, Florida.

_____
Jonathan Goodman
**United States Magistrate Judge**