UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cr-60253-MOORE

**UNITED STATES OF AMERICA,**

vs.

**LAWRENCE ALEXANDER, and
DEAN ZUSMER,**

        **Defendants**.
_____/

**GOVERNMENT'S WITNESS LIST**

1. Alex Perez, HHS
2. Amanda Wolfe, United Health Group[1]
3. Brenda Wichern
4. Case Agent Jason Shearn, FBI
5. Cristina Iben
6. Dr. Rebecca Wright, D.O.
7. Ellen Kelley
8. Emmanuel Silva
9. Heather Lee, ARNP
10. Jeremy Waxman
11. Julia Clark
12. Justin Cain, Humana[2]
13. Kelly Wolfe
14. Magda Cedeno
15. Mindy Breitman
16. Nancy Marks
17. Ronald Davidovic
18. Stephen Quindoza[3]
19. Steven Caplan

---

[1] The Government may call Amanda Wolfe, or another qualified witness, from United Health Group should a scheduling conflict arise.
[2] The Government may call Justin Cain, or another qualified witness, from Humana should a scheduling conflict arise.
[3] The Government may call Stephen Quindoza, or another qualified witness, to describe Medicare, including rules and regulations governing reimbursement for orthotic braces and telemedicine visits.

1

        20. Tiffany Gorman, FBI[4]
        21. Vani Annadata, CMS
        22. Custodian of Records for Silent Hill
23. Custodians of record for billing data, financial records, other documents as necessary[5]

Respectfully submitted,

GLENN S. LEON
CHIEF, FRAUD SECTION

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

/s/ *Catherine Wagner*
Catherine E. Wagner
(FL Special Bar No. A5502410)
Patrick J. Queenan
(FL Special Bar No A5502715)
Meredith Hough
(FL Special Bar No. A5502915;
FL Bar No. 111553)
Trial Attorneys

U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20005
catherine.wagner@usdoj.gov
patrick.queenan@usdoj.gov
meredith.hough@usdoj.gov

---

[4]     The Government may call Tiffany Gorman, or another witness, to describing tracing of Medicare proceeds through the accounts controlled by Defendants and describe the economics of financial transactions of relevance to the Indictment, based on financial records.

[5]     The Government is hopeful that the parties will stipulate to the authenticity of most records, particularly business records. Nonetheless, the Government may call custodians of records as necessary to authenticate the materials.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 9, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Patrick J. Queenan*
Patrick J. Queenan
Trial Attorney
