UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-60253-MOORE

UNITED STATES OF AMERICA

v.

**LAWRENCE ALEXANDER,**

    **Defendant.**
_____/

## VERDICT FORM

1. We, the Jury, find the Defendant, Lawrence Alexander, as to **Count 6** of the indictment, conspiracy in violation of 18 U.S.C. § 371:

    _____                            __X__
     Guilty                                 Not Guilty

If you find the Defendant not guilty as to Count 6, please move on to Count 19. If you find the Defendant guilty as to Count 6, please indicate which offense the Defendant conspired to commit. Please remember that to return a guilty verdict as to this offense, you must unanimously answer "yes" on one of the three lines below.

We, the jury, unanimously find the following to be the Objects of the Conspiracy (choose one):

_____ Defraud the United States
_____ Offer and Pay Health Care Kickbacks
_____ Both Defraud the United States and Offer and Pay Health Care Kickbacks

2. We, the Jury, find the Defendant, Lawrence Alexander, as to **Count 19** of the indictment, false statement in a health care matter in violation of 18 U.S.C. § 1035:

    __X__                            _____
     Guilty                                 Not Guilty

**SO SAY WE ALL**

Signed:

FOREPERSON OF THE JURY

Dated: Jan. 30, 2023